No. 593, Misc.   PUTT *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.

No. 600, Misc.   McCLELLAN *v.* OHIO.   Sup. Ct. Ohio. Certiorari denied.   THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, MR. JUSTICE STEWART, and MR. JUSTICE FORTAS concur in the denial of certiorari, pointing out that the issues under *Witherspoon* v. *Illinois,* 391 U. S. 510, can be decided only upon consideration of a transcript of the *voir dire* of the jury, which is not now in the record but which can presumably be made available in state or federal collateral proceedings.   *Harry Friberg* for respondent.

NOVEMBER 1, 1968.

No. 175.   LIBERTY NATIONAL BANK & TRUST CO. *v.* BUSCAGLIA, DIRECTOR, DIVISION OF SALES TAX, ERIE COUNTY, ET AL.   Appeal from Ct. App. N. Y.   Appeal dismissed pursuant to Rule 60 of the Rules of this Court. *Manly Fleischmann* for appellant.   *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, and *Robert W. Bush,* Assistant Attorney General, for appellees.

NOVEMBER 4, 1968.

No. 1065, Misc.   VALENTI *v.* LUMBARD, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL.   Request for acceleration of time within which respondents may submit their response to motion for leave to file petition for mandamus denied without prejudice to consideration of petition on its merits.